450 F.2d 348
 Charles GAINES, Petitioner-Appellant,
v.
J. J. CLARK, Warden, Respondent-Appellee.
 No. 71-2483 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 29, 1971.
 
 Charles Gaines, pro se.
 John W. Stokes, Jr., U. S. Atty., Anthony M. Arnold, Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966